JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Gilda Cardenas,<br><br>           Plaintiff,<br><br>    vs.<br><br>Conserve; and DOES 1-10, inclusive,<br><br>           Defendants. | Case No.: CV 13-2343-GW(PLAx)<br><br>**ORDER** |

    Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: July 3, 2013                        ___/s/ George H. Wu___

                                          GEORGE H. WU, U.S. District Judge